# Third District Court of Appeal
## State of Florida

Opinion filed June 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0950
Lower Tribunal No. F99-12817
_____

**Wallace Jerome Porter,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Wallace Jerome Porter, in proper person.

James Uthmeier, Attorney General, and Ryan Brazner, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.